## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| DEBBIE HALL,<br><br>       Plaintiffs,<br><br>vs.<br><br>CAROL SCHUMACHER, *et al.,*<br><br>       Defendants. | Case No. 2:10-cv-01353-GMN-PAL<br><br>**ORDER** |

This matter is before the court on defendant(s)' failure to file and serve a signed statement as required in the order (Dkt. #3) entered August 11, 2010, regarding removal of this case to federal district court. Accordingly,

**IT IS ORDERED** counsel for the Defendants shall, no later than **4:00 p.m., September 24, 2010**, file and serve a signed statement under the case and caption that sets forth the following information:

1. The date(s) on which you were served with a copy of the complaint in the removed action.
2. The date(s) on which you were served with a copy of the summons.
3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy.
4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.

///

5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.

6. The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

Dated this 10th day of September, 2010.

_____
Peggy A. Leen
United States Magistrate Judge