UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBBIE HALL, | ) |
| Plaintiff, | ) Case No. 2:10-cv-01353-GMN-PAL |
| vs. | ) **ORDER** |
| CAROL SCHUMACHER, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the Defendants' Request for Exception to Early Neutral Evaluation Attendance Requirement (#14) filed October 20, 2010. Upon review and consideration,

**IT IS ORDERED** that Defendants' Request for Exception to Early Neutral Evaluation Attendance Requirement (#14) is **granted**. All individual defendants and Defendants' insurance carrier representative are excused from the Early Neutral Evaluation.

DATED this 21st day of October, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge