# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|   |   |
|---|---|
| DEBBIE HALL, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cv-01353-GMN-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CAROL SCHUMACHER, *et al.*, ) | (Mot. Ext. Discovery - Dkt. #18) |
| ) | |
| Defendants. ) | |

The court conducted a hearing on Plaintiff's Motion for Enlargement of Time to Extend Discovery and Scheduling Order (Dkt. #18) on February 1, 2011. Plaintiff, who is appearing *pro se*, did not appear. Brian Bradford appeared on behalf of the Defendants. The court has considered the motion, Defendant's Notice of Non-opposition (Dkt. #19), and the representations of counsel for Defendants at the hearing.

Plaintiff requests a 90-day extension of the Discovery Plan and Scheduling Order Deadlines to complete discovery. Counsel for Defendants indicated that Defendants took Plaintiff's deposition January 26, 2011, and intends to file a motion to compel. Defendant has completed the discovery it requires and also intends to file a Motion for Summary Judgment based on Plaintiff's deposition, but does not oppose Plaintiff's request for additional time to conduct discovery.

Having reviewed and considered the matter,

**IT IS ORDERED** Plaintiff's Motion (Dkt. #18) is **GRANTED** and the Discovery Plan and Scheduling Order deadlines are extended as follows:

a. Last date to complete discovery: **May 9, 2011.**

b. Last date to amend pleadings and add parties: Time has expired

c. Last date to file interim status report: **March 10, 2011.**

   d. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **March 10, 2011.**

   e. Last date to disclose rebuttal experts: **April 11, 2011.**

   f. Last date to file dispositive motions: **June 8, 2011.**

   g. Last date to file joint pretrial order: **July 8, 2011.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

   h. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

   i. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., April 19, 2011,** and shall fully comply with the requirements of LR 26-4.

Dated this 28th day of February, 2011.

                _____
                Peggy A. Leen
                United States Magistrate Judge