CARLETON R. BURCH, ESQ.
Nevada Bar No. 010527
crb@amclaw.com
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 009518
blb@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
(702) 479-1010 ♦ Facsimile: (702) 479-1025

Attorneys for Defendants Carol Schumacher,
Kailee Diaz, Kelly Newman, Diane Camardella,
Samantha Miller, John Crocker, Stephanie
Calacal and IBEW Plus Credit Union

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBBIE HALL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROL SCHUMACHER, an individual, KAILEE DIAZ, an individual, KELLY NEWMAN, an individual, DIANE CAMARDELLA, an individual, SAMANTHA MILLER, an individual, JOHN CROCKER, an individual, STEPHANIE CALACAL, an individual, IBEW PLUS CREDIT UNION, a Corporation, JOHN DOES I-V, JANE DOES I-V, and ROE COMPANIES I-X, individually and collectively, and their agents or Successors in their individual and official capacities.,<br><br>　　　　Defendants. | Case No. 2:10-cv-01353-GMN-PAL<br><br>**DEFENDANT IBEW PLUS CREDIT UNION'S REQUEST FOR EXCEPTION TO SETTLEMENT CONFERENCE ATTENDANCE REQUIREMENT** |

Defendant IBEW Plus Credit Union, by and through its counsel, Brian L. Bradford, Esq. of Anderson, McPharlin & Conners, LLP, hereby requests an exception to the attendance requirements of the Settlement Conference set in this matter pursuant to Minute Order in Chambers (Doc. 29) and Order Scheduling a Settlement Conference (Doc. 31).

871183.1 4526.067

Pursuant to Order (Doc. 32), the individual Defendants have been dismissed from the instant litigation leaving IBEW Plus Credit Union ("IBEW") as the only active Defendant remaining. Defendant IBEW respectfully requests that a representative from Defendant's insurance carrier be allowed to attend telephonically. Defendant's carrier, CUNA Mutual, is located in Madison, Wisconsin, and would be required to incur significant expense to travel to this conference. Participation via telephone will not adversely affect the Settlement Conference in any manner and Defendant will take all necessary actions to ensure there is no negative effect. Subject to the Court's approval, Defendants will ensure that its insurer will be available via telephone for the Settlement Conference.

Based on the foregoing, Defendant respectfully requests the foregoing exception be made to the attendance requirements for the Settlement Conference currently scheduled for July 14, 2011 at 9:30 a.m.

DATED this 25th day of May, 2011.

ANDERSON, McPHARLIN & CONNERS LLP

By _____
Carleton R. Burch, Esq.
Nevada Bar No. 010527
Brian L. Bradford, Esq.
Nevada Bar No. 009518
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Attorneys for Defendants
Carol Schumacher, Kailee Diaz, Kelly Newman, Diane Camardella, Samantha Miller, John Crocker, Stephanie Calacal and IBEW Plus Credit Union

IT IS SO ORDERED this 31st day of May, 2011.

_____
Peggy A. Leen
United States Magistrate Judge

2

## CERTIFICATE OF MAILING

Pursuant to FRCP 5(b), I certify that I am an employee of Anderson, McPharlin & Conners LLP and that on this ___ day of May 2011, I did cause a true copy of **DEFENDANT IBEW PLUS CREDIT UNION'S REQUEST FOR EXCEPTION TO SETTLEMENT CONFERENCE ATTENDANCE REQUIREMENT** to be placed in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Debbie Hall
6360 East Sahara Avenue, Apt. #1048
Las Vegas, NV 89142
Plaintiff in Propia Persona

By _____
An Employee of
ANDERSON, MCPHARLIN & CONNERS LLP

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

871183.1 4526.067

3