## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DEBBIE HALL,  )
  )
          Plaintiff,  )
  vs.  )   Case No.: 2:10-cv-01353-GMN-PAL
  )
CAROL SCHUMACHER, KAILEE DIAZ,  )
KELLY NEWMAN, DIANE CAMARDELLA,  )   **ORDER**
SAMANTHA MILLER, JOHN CROCKER,  )
STEPHANIE CALACAL, IBEW PLUS CREDIT  )
UNION, et al.,  )
  )
          Defendants.  )
  )

Pending before the Court is *pro se* Plaintiff Debbie Hall's Motion to Reconsider (ECF No. 62).  Defendants filed a Response (ECF NO. 63) and Plaintiff filed a Reply (ECF No. 64).

On April 4, 2012, this Court entered its Order (ECF No. 59) granting summary judgment in favor of Defendants and closing the case.  Plaintiff filed a timely motion to reconsider that order.

As Plaintiff recognizes in her motion, the legal standard governing motions for relief from a judgment or order provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
> (4) the judgment is void;
> (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
> (6) any other reason that justifies relief.

Fed. R. Civ. P. Rule 60(b).

Here, after consideration of the motion and accompanying briefs, the Court finds that Plaintiff has presented no grounds justifying relief from the Court's Order. Accordingly, the motion will be denied.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reconsider (ECF No. 62) is **DENIED**.

**DATED** this 14th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge